**Order entered September 22, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00134-CR

## CHRISTOPHER A. GERLICH, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-82738-2019**

## ORDER

On September 16, 2020, a corrected volume 7 of the reporter's record was filed in the above appeal. We **STRIKE** the September 8, 2020 volume 7 of the reporter's record.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE